# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 844 MAL 2014
:
Petitioner :
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
DANIEL SCOTT HORN, :
:
Respondent :


COMMONWEALTH OF PENNSYLVANIA, : No. 845 MAL 2014
:
Petitioner :
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
STEVEN EUGENE HALL, :
:
Respondent :


COMMONWEALTH OF PENNSYLVANIA, : No. 846 MAL 2014
:
Petitioner :
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
MANDIE NEWMAN, :
:
Respondent :

COMMONWEALTH OF PENNSYLVANIA, : No. 847 MAL 2014
:
        Petitioner :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
RODNEY GLEN ZEIGLER, :
:
        Respondent :


COMMONWEALTH OF PENNSYLVANIA, : No. 848 MAL 2014
:
        Petitioner :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
MATTHEW SCOTT MOFFITT, :
:
        Respondent :


COMMONWEALTH OF PENNSYLVANIA, : No. 849 MAL 2014
:
        Petitioner :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
CASEY SHARP WARD, :
:
        Respondent :


## <u>ORDER</u>


**PER CURIAM**

    AND NOW, this 21st day of May, 2015, the Petitions for Allowance of Appeal are **DENIED**.